IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § § CRIMINAL ACTION NO. H-99-455-2 § CIVIL ACTION NO. H-14-1525 vs. § § JOSE LUIS GARZA, § § Defendant. § | |

## ORDER AND FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, the motion for relief under 28 U.S.C. § 2255 filed in Criminal Action No. 99-455 and Civil Action No. 14-1525 is denied, and Civil Action No. 14-1525 is dismissed with prejudice.

This is a final judgment.

SIGNED on December 23, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge